Case 1:09-cv-03874-SHS   Document 6   Filed 06/09/09   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LEINSTER INTER S.A.,                    :       09 Civ. 3874 (SHS)

                Plaintiff,     :

    -against-                            :       ORDER

BOTLEY LIMITED,                         :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

      A pretrial conference having been held today, with counsel for plaintiff appearing by telephone, and no appearance on behalf of defendant,

      IT IS HEREBY ORDERED that the next a pretrial conference will be held on June 30, 2009, at 10:00 a.m.

Dated: New York, New York
       June 9, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.